IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-CV-00260-KMT

HENRIETTA RUTH KOSLEY,

    Plaintiff,

v.

WALGREEN COMPANY AND WILLIAM ERVIN BUDNEY, A LICENSED PHARMACIST

Defendant.

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

COMES NOW the Plaintiff, Henrietta Ruth Kosley, by and through her attorneys, the Law Firm of MELAT, PRESSMAN & HIGBIE, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1447 moves this Court to remand this action to State Court for the following grounds:

    Certification: Plaintiff's attorney conferred with Walgreen Company's attorney and Walgreen Company takes no position on this Motion.

1. Defendant Walgreen Company removed the action based on diversity of jurisdiction, alleging that Plaintiff is a citizen of Colorado and Defendant Walgreen Company is a citizen of Illinois. 28 U.S.C. § 1332

2. In the original Complaint, Plaintiff named John Doe, a licensed pharmacist as Defendant. Plaintiff has now learned the identity of John Doe, and filed an Amended Complaint naming William Ervin Budney, a citizen of Colorado who

resides in Colorado Springs, CO. Mr. Budney was served with the Summons and Complaint on February 19, 2016. Accordingly, there is not complete diversity.

3. The case should be remanded to the El Paso County, Colorado, District Court. 28 U.S.C. § 1447(c) and(e).

Respectfully submitted this 26th day of February, 2016.

MELAT, PRESSMAN & HIGBIE, LLP

*Original signature on file at the offices of Melat, Pressman & Higbie, LLP*

Glenn S. Pressman, P.C.
Attorney for the Plaintiff
711 South Tejon Street
Colorado Springs, CO 80903
(719) 475-0304
gpressman@springslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, a true and correct copy of the foregoing PLAINTIFF'S MOTION TO REMAND TO STATE COURT was served via CM/ECF to the following:

S. Jane Mitchell
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, CO 80202

By mail:
Henrietta Ruth Kosley
2829 Jon Street
Colorado Springs, CO 80907

L. Baumert *(signature)*